UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NML CAPITAL, LTD.,

                Plaintiff,

                -against-

THE REPUBLIC OF ARGENTINA,

                Defendant.

------------------------------------------------------------X

08 CV 2541

08 Civ. _____ (___)

**RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff, by and through its undersigned counsel, states that there is neither a parent corporation to NML Capital, Ltd., nor is there a publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       March 13, 2008

DECHERT LLP

By: _____

Robert A. Cohen
Dennis H. Hranitzky
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3500 (phone)
(212) 698-3599 (facsimile)
dennis.hranitzky@dechert.com

Kevin S. Reed
Quinn Emanuel Urquhart Oliver
& Hedges LLP
51 Madison Avenue
New York, New York 10001
(212) 849-7000 (phone)
(212) 849-7100 (facsimile)