UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NML CAPITAL, LTD,

    Plaintiffs,

v.                                       **AFFIDAVIT OF SERVICE**
                                                 08 Civ. 2541

THE REPUBLIC OF ARGENTINA

    Defendant.
------------------------------------------------------------X

STATE OF NEW YORK    )
                            : ss.:
COUNTY OF NEW YORK  )

    Jefferson Holder , being duly sworn, deposes and says:

1.    I am over the age of eighteen, not a party to the above-captioned action and reside in New York, New York.

2.    That on the 14th day of March 2008, deponent served a true and exact copy of the Summons, Complaint, Civil Cover Sheet and Related Case Statement on The Republic of Argentina c/o Banco de la Nacion Argentina located at 299 Park Avenue New York, New York 10171 by personally delivering and leaving same with an individual who identified himself as Mr. Roberto H. Barrientos, Vice President and who stated that he is authorized to accept service of legal papers.

3.    Mr. Barrientos can be described as a white Hispanic male, approximately 50 years of age, approximately 5'2" tall, weighs approximately 150lbs, with grey hair.

                                                          Jefferson Holder

Sworn to before me this
18th day of March 2008

_____
Notary Public

LUIS A. LOPEZ
Notary Public, State of New York
No. 01LO6038747
Qualified in Rockland County
Commission Expires March 20, 2010

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

NML Capital, Ltd.,
Plaintiff

V.

The Republic of Argentina,
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  08 Civ.

**08 CV 2541**

TO: (Name and address of Defendant)

The Republic of Argentina
c/o Banco de la Nacion Argentina
299 Park Avenue
New York, NY 10171

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Cohen
Dennis H. Hranitzky
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112

Kevin S. Reed
QUINN, EMANUEL, URQUHART,
OLIVER & HEDGES LLP
51 Madison Avenue
New York, NY 10001

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  MAR 1 3 2008