UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                    :
NML CAPITAL, LTD.,                                                  :        08 Civ. 2541 (TPG)
                                                                    :
                                        Plaintiff,                  :        CERTIFICATE OF
                                                                    :        SERVICE
                            - against -                             :
                                                                    :
THE REPUBLIC OF ARGENTINA,                                          :
                                                                    :
                                        Defendant.                  :
                                                                    :
-------------------------------------------------------------------- X

           I, Richard V. Conza, an attorney admitted to practice in the State of New York

and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify

that:

           1.  On the 13th day of May 2008, the Answer, dated May 13, 2008 is being served

by First Class Mail upon:

                            Robert A. Cohen, Esq.
                            Dennis G. Hranitzky, Esq.
                            Dechert LLP
                            30 Rockefeller Plaza
                            New York, NY  10112

                            Kevin S. Reed, Esq.
                            Quinn Emanuel Urquhart Oliver
                              & Hedges LLP
                            51 Madison Avenue
                            New York, NY  10001

           2.  This service is being made by an assistant managing clerk of this firm under

my general supervision.

Dated:   New York, New York
         May 13, 2008

                                             _____
                                                   s/Richard V. Conza
                                                   Richard V. Conza