UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NML CAPITAL, LTD.

                              Plaintiff,

                    v.

THE REPUBLIC OF ARGENTINA,

                              Defendant.

08 Civ. 2541 (TPG)

STATEMENT PURSUANT TO LOCAL
CIVIL RULE 26.1

        Pursuant to Local Civil Rule 26.1, Plaintiff NML Capital, Ltd. states that it is a Cayman

Islands company with registered offices at The Offices Appleby Corporate Services (Cayman)

Ltd., Clifton House, 75 Fort Street, P.O. Box 1350 GT, Grand Cayman.  Plaintiff's sole officer is

its corporate secretary, Appleby Corporate Services (Cayman) Ltd., which is likewise addressed

at The Offices Appleby Corporate Services (Cayman) Ltd., Clifton House, 75 Fort Street, P.O.

Box 1350 GT, Grand Cayman.

Date:  New York, New York
       May 19, 2008

                                        DECHERT LLP

                                        By
                                        Robert A. Cohen
                                        (robert.cohen@dechert.com)
                                        Dennis H. Hranitzky
                                        (dennis.hranitzky@dechert.com)
                                        1095 Avenue of the Americas
                                        New York, NY 10036-6797
                                        (212) 698-3500

                                        and

Kevin S. Reed
(kevinreed@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver &
Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10001
(212) 849-7000 (phone)
(212) 849-7100 (facsimile)

*Attorneys for Plaintiff NML Capital,
Ltd.*

To:    Cleary Gottlieb Steen & Hamilton LLP
       Attn: Jonathan I. Blackman, Esq. and Carmine D. Boccuzzi, Esq.
       One Liberty Plaza
       New York, NY 10006
       (212) 225-2000

*Attorneys for Defendant The Republic of Argentina*