## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that on May 19, 2008, he caused to be served a true and exact copy of the annexed STATEMENT PURSUANT TO LOCAL CIVIL RULE 26.1 by first class mail by depositing same in a sealed envelope, with postage prepaid thereon, in an official depository maintained by the government of the United States, City and State of New York, addressed as follows:

| | |
|---|---|
| Jonathan I. Blackman, Esq<br>Cleary Gottlieb Steen & Hamilton, LLP<br>1 Liberty Plaza<br>New York, NY 10006 | |

_____
LUIS A. LOPEZ