UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NML CAPITAL, LTD.<br><br>            Plaintiff,<br><br>       v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>            Defendant. | 08 Civ. 3302 (TPG)<br>     ECF Case<br><br>STATEMENT PURSUANT TO LOCAL<br>CIVIL RULE 26.1 |

   Pursuant to Local Civil Rule 26.1, Plaintiff NML Capital, Ltd. states that it is a Cayman Islands company with registered offices at The Offices Appleby Corporate Services (Cayman) Ltd., Clifton House, 75 Fort Street, P.O. Box 1350 GT, Grand Cayman. Plaintiff's sole officer is its corporate secretary, Appleby Corporate Services (Cayman) Ltd., which is likewise addressed at The Offices Appleby Corporate Services (Cayman) Ltd., Clifton House, 75 Fort Street, P.O. Box 1350 GT, Grand Cayman.

Date:  New York, New York
       June 6, 2008

                              DECHERT LLP


                              By: /s/ Robert A. Cohen
                              Robert A. Cohen
                              (robert.cohen@dechert.com)
                              Dennis H. Hranitzky
                              (dennis.hranitzky@dechert.com)
                              1095 Avenue of the Americas
                              New York, NY 10036-6797
                              (212) 698-3500

                              and

13202849.1

        Kevin S. Reed
(kevinreed@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver &
Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10001
(212) 849-7000 (phone)
(212) 849-7100 (facsimile)

*Attorneys for Plaintiff NML Capital, Ltd.*

To:    Cleary Gottlieb Steen & Hamilton LLP
       Attn: Jonathan I. Blackman, Esq. and Carmine D. Boccuzzi, Esq.
       One Liberty Plaza
       New York, NY 10006
       (212) 225-2000

       *Attorneys for Defendant The Republic of Argentina*