UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
NML CAPITAL, LTD.,                        :
                                          :        **NOTICE OF APPEARANCE**
         Plaintiff,                       :
                                          :        ECF CASE
v.                                        :        08 Civ. 2541 (TPG)
                                          :        08 Civ. 3302 (TPG)
THE REPUBLIC OF ARGENTINA,                :
                                          :
         Defendant.                       :
------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned appears as co-counsel for plaintiff NML Capital, Ltd., and requests that all future papers in this action be served upon the undersigned at the address listed below.

Dated: New York, New York
       June 18, 2008

                                    MILLER & WRUBEL P.C.

                                    By: _____
                                        Joel M. Miller (jmiller@mw-law.com)
                                        Haynee C. Kang (hkang@mw-law.com)
                                        250 Park Avenue
                                        New York, New York 10177
                                        Tel: (212) 336-3500
                                        Fax: (212) 336-3555
                                        *Attorneys for Plaintiff*
                                        *NML Capital, Ltd.*

TO:

Robert A. Cohen
Dechert, LLP
30 Rockefeller Plaza
New York, New York 10112
*Attorneys for NML Capital, Ltd.*

Kevin Samuel Reed
Quinn Emanuel Urquhart Oliver & Hedges LLP (NYC)
51 Madison Avenue
22nd Floor
New York, NY 10010
*Attorneys for NML Capital, Ltd.*

Jonathan I. Blackman
Carmine D. Boccuzzi, Jr.
Cleary Gottlieb Steen & Hamilton, LLP
1 Liberty Plaza
New York, New York 10006
*Attorneys for The Republic of Argentina*