UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NML CAPITAL, LTD.                                : Case No. 08-cv-2541(TPG)
                                                 :
                    Plaintiff,                   :
                                                 :
           -against-                             : **NOTICE OF APPEARANCE**
                                                 :
THE REPUBLIC OF ARGENTINA                        :
                                                 :
                    Defendant.                   :
                                                 :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Susan Y. Shamoto of the law firm of DECHERT LLP hereby enters her appearance as counsel on behalf of NML Capital, Ltd, in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York
       July 25, 2008

                                       DECHERT LLP


                                       By: __/s/ Susan Y. Shamoto_____
                                           Susan Y. Shamoto
                                           susan.shamoto@dechert.com
                                           1095 Avenue of the Americas
                                           New York, New York 10036
                                           Tel.:(212) 698-3500
                                           Fax: (212) 698-3599

                                       Attorneys for Plaintiff NML Capital, Ltd.

13240265.1