UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NML CAPITAL, LTD., | 08 Civ. 2541 (TPG) |
| | ECF Case |
| Plaintiff, | **NOTICE OF MOTION** |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

      PLEASE TAKE NOTICE THAT upon the accompanying (i) Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment; (ii) Declaration of Elliot Greenberg, dated July 23, 2008; (iii) Declaration of Susan Y. Shamoto, dated July 25, 2008; (iv) Statement of Material Facts Pursuant to Local Rule 56.1; and (v) all prior pleadings, submissions and proceedings in this action, the undersigned will move this Court before the Honorable Thomas P. Griesa, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at such date and time as the Court directs, for an Order Pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to plaintiff on the Complaint.

13239119.1

Dated: New York, New York
July 25, 2008

                        DECHERT LLP

                        By: /s/ Susan Y. Shamoto
                        Robert A. Cohen
                        (robert.cohen@dechert.com)
                        Dennis H. Hranitzky
                        (dennis.hranitzky@dechert.com)
                        Susan Y. Shamoto
                        (susan.shamoto@dechert.com)
                        1095 Avenue of the Americas
                        New York, NY  10036-6797
                        (212) 698-3500

                        Kevin S. Reed
                        (kevin.reed@quinnemanuel.com)
                        Quinn Emanuel Urquhart Oliver &
                        Hedges LLP
                        51 Madison Avenue
                        New York, New York 10001
                        (212) 849-7000

                        *Attorneys for Plaintiff NML Capital, Ltd.*

To:    Cleary Gottlieb Steen & Hamilton LLP
        Attn: Jonathan I. Blackman, Esq.
        One Liberty Plaza
        New York, NY 10006
        (212) 225-2000

        *Attorneys for Defendant The Republic of Argentina*