UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NML CAPITAL, LTD.,

      Plaintiff,

v.

THE REPUBLIC OF ARGENTINA,

      Defendant.

08 Civ. 2541 (TPG)

---

### DECLARATION OF ELLIOT GREENBERG IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

ELLIOT GREENBERG makes the following declaration, pursuant to 28 U.S.C. § 1746:

1. I am a Vice President of Elliott International Capital Advisors, Inc. ("EICA"). EICA is the investment manager for Elliott International, L.P., the ultimate parent of NML Capital, Ltd. ("NML").

2. Based on a review of certain records of EICA and NML, I have knowledge of the facts set forth in this Declaration. The attached documents were assembled by me or by persons working at my direction.

3. NML is the beneficial owner of $38,175,628.00 principal amount of 2018 Global Bonds issued by the Republic of Argentina ("Argentina"), CUSIP No. 040114GG9 (the "2018 Bonds") pursuant to a Fiscal Agency Agreement dated October 19, 1994 ("FAA").

4. Of the $38,175,628.00 principal amount of 2018 Bonds, $16,719,628.00 principal amount is the subject of this action.

- 2 -

5. NML acquired $16,719,628.00 of the 2018 Bonds in one transaction on October 4, 2007. A true and correct copy of the JPMorgan Consolidated Settlement ITD Report Statement showing NML's purchase of the $16,719,628.00 principal amount of the 2018 Bonds is attached as Exhibit 1.

6. NML remains the beneficial owner of the $38,175,628.00 principal amount of the 2018 Bonds, which includes the $16,719,628.00 principal amount that is the subject of this action. A true and correct copy of the JPMorgan Global Settled Holdings COB Report, dated July 23 2008, showing NML's current ownership of $38,175,628.00 principal amount of the 2018 Bonds, is attached as Exhibit 2.

7. Argentina has not made any principal or interest payment on the various bonds at issue to NML.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York
on this 23 day of July, 2008

_____
Elliot Greenberg

**EXHIBIT 1**

**JPMorgan**

PAGE 1
Run Date: OCT 08, 2007
Time: 03-10 pm
Statement Date: 10/08/2007
Time: 02-23 pm

## Consolidated Settlement ITD Report

| Trade Type | Security Description | | Units |
|---|---|---|---|
| Chase Message ID | ISIN | Sedol Number | Due Date |
| Client Trade Ref. | Broker | | Settled Date |
| Trade Status | | | Local Price CCY |
| Fail Description | | | Market Value CCY |
| | | | Base Value CCY |

Account Name: NML CAPITAL, LTD

Depot: ECLEAR:NML CAPITAL LIMITED

| Receive Against Payment | ARGENTINA(REPUBLIC OF) 12.25% DEB 19/06/2018 | | 16,719,628.00 |
| 701380182 | US040114GG96  A018666 | 10/04/2007 | |
| NONE | EUROCLEAR OPS CENTRE BRUSSELS | 10/08/2007 | 0.0000 USD |
| Settled | | | 0.00 USD |
| TRADE SETTLED | 92436 : | | 0.00 USD |

**EXHIBIT 2**

**JPMorgan**

PAGE 1
Run Date: 07/24/2008
Time: 12:05 pm
Statement Date: 07/23/2008
Run by: jharvin

## Global Settled Holdings COB Report

| Sedol Number | Security Description | Units |
| ISIN | | Price CCY |

Account Number: NML01    Account Name: NML CAPITAL,LTD

Depot: ECLEAR:NML CAPITAL LIMITED

| A016666 | ARGENTINA(REPUBLIC OF) | 38,175,628.00 |
| US040114GG96 | 12.25% DEB 19/06/2018 USD1000 | |